WO

```
                                          FILED       ____ LODGED
                                     ____ RECEIVED    ____ COPY

                                          JUL 2 6 2007

                                     CLERK U S DISTRICT COURT
                                       DISTRICT OF ARIZONA
                                     BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-00-00175-2-PCT-EHC |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| Thomas Ray Combs, | ) **ORDER** |
| Defendant. | ) |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on July 24, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 25th day of July, 2007.

Lawrence O. Anderson
United States Magistrate Judge